UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JASON KAHAN; 72 DANA STREET, LLC<br>74-76 DANA STREET, LLC<br><br>      Plaintiffs,<br><br>v.<br><br>QUANTA FINANCE, LLC,<br><br>      Defendant. | 22-cv-12038-FDS |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(1)(A)(ii), the Parties in the above-referenced matter hereby stipulate that the above-captioned action shall be dismissed with prejudice, and that each party shall be responsible for his/its own attorneys' fees, costs, and other expenses.

Respectfully submitted,

| JASON KAHAN, 72 DANA STREET LLC<br>and 74-76 DANA STREET LLC,<br>By their attorneys, | QUANTA FINANCE, LLC<br>By its attorneys, |
|---|---|
| /s/ *Peter B. Morin*<br>Michael W. Ford (BBO # 644807)<br>Peter B. Morin (BBO #355155)<br>Ryan M. Gazda (BBO # 693573)<br>FORD LAW P.C.<br>245 Sumner Street, Suite 110<br>East Boston, MA 02128<br>Tel: 617-328-3400, Ext. 101<br>mford@fordlawpc.com<br>pmorin@fordlawpc.com | /s/ *Michael R. Stanley*<br>Joseph L. Demeo, BBO No. 561254<br>Michael R. Stanley, BBO No. 680957<br>Demeo LLP<br>66 Long Wharf<br>Boston, Massachusetts 02110<br>mstanley@demeo LLP.com<br>617-263-2300 |